# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| VICTOR RUIZ,<br><br>  Plaintiff<br><br>v.<br><br>STATE OF NEVADA, et al.,<br><br>  Defendants | Case No.: 3:23-cv-00317-ART-CSD<br><br>**Report & Recommendation of<br>United States Magistrate Judge**<br><br>Re: ECF Nos 1-1, 4. |

This Report and Recommendation is made to the Honorable Anne R. Traum, United States District Judge. The action was referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and the Local Rules of Practice, LR 1B 1-4.

Plaintiff, who is an inmate in custody of the Elko County Jail, has filed an application to proceed in forma pauperis (IFP) (ECF No. 4) and pro se complaint (ECF No. 1-1).

In the court's order dated August 7, 2023, Plaintiff was advised that if he was utilizing this action to challenge the fact of or duration of his confinement, as it appears from the complaint he may be, such an action is cognizable only through a petition for writ of habeas corpus after exhausting applicable state remedies. Moreover, a Sixth Amendment ineffective assistance of counsel claim must be raised in a direct appeal, post-conviction or habeas proceeding, and not in an action under section 1983. The court directed Plaintiff to notify the court within 30 days if this is his intent. Plaintiff did not so notify the court; however, it seems clear from the allegations of the complaint and the relief requested that he seeks relief sounding in habeas. Therefore, it is recommended that this action be dismissed without prejudice so Plaintiff can raise his claims, after exhausting applicable state law remedies, in a habeas petition. The pending IFP application should be denied as moot.

## RECOMMENDATION

IT IS HEREBY RECOMMENDED that the District Judge enter an order **DISMISSING** this action **WITHOUT PREJUDICE** and **DENYING** the pending IFP application (ECF No. 4) **AS MOOT**.

Plaintiff should be aware of the following:

1. That he may file, pursuant to 28 U.S.C. § 636(b)(1)(C), specific written objections to this Report and Recommendation within fourteen days of being served with a copy of the Report and Recommendation. These objections should be titled "Objections to Magistrate Judge's Report and Recommendation" and should be accompanied by points and authorities for consideration by the district judge.

2. That this Report and Recommendation is not an appealable order and that any notice of appeal pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure should not be filed until entry of judgment by the district court.

Dated: September 14, 2023

_____
Craig S. Denney
United States Magistrate Judge

2